**Appeal Ordered Withdrawn and Opinion issued September 2, 1999**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-99-01292-CR
### No. 05-99-01293-CR

---

## DAVID WAYNE SHARP, Appellant

## V.

## STATE OF TEXAS, Appellee

---

**On Appeal from the 382nd District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 2-99-38 & 2-99-40**

---

## OPINION PER CURIAM

Before Chief Justice Thomas and Justices Kinkeade and O'Neill

Appellant has filed a motion to withdraw the appeal. Appellant's counsel has approved the motion.

This Court hereby **GRANTS** the motion and **ORDERS** the appeal withdrawn and that this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

88/4562

Case Number: 05-99-01292-CR    Date Filed: 08/05/1999

Style:  Sharp, David Wayne
v.
The State of Texas

Trial Judge:
Trial Court Reporter:
Trial Court:          382ND DISTRICT COURT  Trial County:  ROCKWALL

---

APP   Celia M. Sams
ATT 004722100
Attorney at Law
P. O. Box 775
Rowlett, TX 75030-0775
Phone 972/475-7476
Fax

STA   Galen Ray Sumrow
ATT 019511375
Assistant District Attorney
Rockwall County Courthouse
1101 Ridge Road, Suite 105
Rockwall, TX 75087
Phone 972/882-0201
Fax 214/722-5812